## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.

PATRICIA SEVERINO,                                          **23-cv-23575-RNS**

      Plaintiff,

vs.

7-ELEVEN, INC.,

      Defendants.

_____/

### **SUMMONS IN A CIVIL ACTION**

TO:   7-ELEVEN, INC.
      Corporate Creations Network, its Registered Agent
      801 US Highway 1
      North Palm Beach, FL 33408

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                  Brian H. Pollock, Esq.
                  FairLaw Firm
                  135 San Lorenzo Avenue
                  Suite 770
                  Coral Gables, FL 33146
                  Tel:   (305) 230-4884
                  brian@fairlawattorney.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____Sep 19, 2023_____



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ B. Bernard*
_____
Deputy Clerk
U.S. District Courts