UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23575

PATRICIA SEVERINO,

    Plaintiff,

vs.

7-ELEVEN, INC.,

    Defendants.
_____/

### **NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

Lunar Claire Alvey, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Patricia Severino, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address luna@fairlawattorney.com.

Dated this 25th day of September 2023.

                                          s/ Lunar Alvey, Esq.
                                          Lunar Claire Alvey, Esq. (713473)
                                          luna@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel: (305) 230-4884
                                          *Counsel for Plaintiff*