UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23575

PATRICIA SEVERINO,

    Plaintiff,

vs.

7-ELEVEN, INC.,

    Defendant.
_____/

**PLAINTIFF'S AMENDED NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, 7-ELEVEN, INC.**

Plaintiff Patricia Severino files the Return of Service on Defendant, 7-Eleven, Inc. (served on September 20, 2023).

Dated this 26th day of September 2023.

    s/Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:  305.230.4884
    *Counsel for Plaintiff*

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 23-CV-23575-RNS

Plaintiff:
**PATRICIA SEVERINO**

vs.

Defendant:
**7-ELEVEN, INC.**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 19th day of September, 2023 at 1:14 pm to be served on **7-ELEVEN, INC. by serving Corporate Creations Network, its Registered Agent, 801 US Highway 1, North Palm Beach, FL 33408**.

I, Wayne Pollick, do hereby affirm that on the **20th day of September, 2023** at **1:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Maribi Juan, service of process specialist** as **Authorized Employee Of Registered Agent** for **7-ELEVEN, INC.**, at the address of: **801 US Highway 1, North Palm Beach, FL 33408**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 20, Sex: F, Race/Skin Color: Hispanic, Height: 5'1", Weight: 170, Hair: Black, Glasses: Y

I acknowledge that I am over the age of 18 years, in good standing in the judicial circuit in which this process was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and the acts stated in it are true. F.S. 92.525(2).

**Wayne Pollick**
Process Server CPS #856

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2023001548

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r