UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23575-SCOLA/GOODMAN

PATRICIA SEVERINO,

    Plaintiff,

vs.

7-ELEVEN, INC.,

    Defendants.

_____/

## **PLAINTIFF'S STATEMENT OF CLAIM**

Plaintiff, PATRICIA SEVERINO, pursuant to the Court's Order entered on September 26, 2023 [ECF No. 8], files this Statement of Claim based on the information known to her and estimates as follows:

### *Preliminary Statement*

This Statement of Claim is not be construed as a demand, nor as an exact quantification of her damages, but merely as a case management tool required by the Court. *See Calderon v. Baker Concrete Const., Inc.*, 771 F.3d 807, 811 (11th Cir. 2014) ("That document is an extra-Rules practice used by the district court for its convenience and to aid in case management. It does not have the status of a pleading and it is not an amendment under Rule 15 of the Federal Rules of Civil Procedure.")

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

### *Information Requested by the Court*

1. Plaintiff does not have all of the time and pay records from her employment at this time, so she must estimate the hours that she worked, the pay that she received for those hours, and the corresponding wages due.

2. Plaintiff prepared this Statement of Claim with the assistance of counsel.

### Overtime Wage Claim

3. Plaintiff estimates that she is owed **$8, 308.43** in unpaid overtime wages.

4. Plaintiff calculated the amount she estimated she is owed as follows:

**June 2, 2022 to May 3, 2023**
7.5 Add'l OT Hours Owed/week
$15.71/hour x 1.5 = $23.57 OT rate
$23.57 x 7.5 Add'l OT Hours Owed/week x 47 weeks = **$8,308.43**

5. Plaintiff claims that she is owed for overtime hours worked **between June 2, 2022, and May 3, 2023**.

### FLSA Retaliation Claim

6. Plaintiff estimates she is owed **$12,776.00** in past and future lost wages.

7. Plaintiff calculated the amount that she is owed as follows:

$750.00 x 4 weeks = **$3,000.00 in lost wages** while unemployed

$2.00/hour difference in pay x 47 hours per week = $94.00 wages difference per week
$94.00 x 104 weeks = **$9,776.00 in wage differential**

8. Plaintiff also seeks emotional distress damages in an amount be determined by a jury.

9. Plaintiff also seeks liquidated damages equal to the unpaid/underpaid overtime wages, past and future lost wages, and emotional distress damages plus reasonable attorney's fees and costs pursuant to the FLSA.

2

10. Plaintiff's Statement of Claim is based upon the information currently known and/or available.

11. Plaintiff reserves the right to amend this Statement of Claim based upon additional information provided by Defendants, through discovery, and/or as additional/different information becomes known.

12. This Statement of Claim does not include any computation for damages other than those sought in the operative/pending Complaint and is subject to revision through the course of discovery and/or the amendment of the Complaint.

Respectfully submitted this 13th day of October 2023.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*