UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23575-SCOLA/GOODMAN

PATRICIA SEVERINO,

    Plaintiff,

vs.

7-ELEVEN, INC.,

    Defendant.
_____/

## JOINT PROPOSED SCHEDULE

This MATTER is tentatively set for jury trial for the two-week period beginning June 28, 2024. The Parties propose to adhere to the following schedule:

| Date | Deadline |
|---|---|
| 12/08/2023 | Deadline to join additional parties or to amend pleadings. |
| 1/12/2024 | Deadline to file joint interim status report.<br><br>Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, the date, time, and location of the mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| 2/16/2024 | Deadline to complete all fact discovery.<br><br>Deadline to submit joint notice indicating whether the parties consent to jurisdiction before designated magistrate judge for purposes of final disposition.<br><br>Deadline to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted, and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(D)(ii). |
| 3/01/2024 | Deadline for the filing of all dispositive motions. |
| 3/15/2024 | Deadline to complete mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order). |
| 4/05/2024 | Deadline to complete all expert discovery. |

| | |
|---|---|
| *4/23/2024* *(approximate)* | Deadline for the filing of pre-trial motions, including motions in limine and *Daubert* motions. |
| *5/31/2024* *(approximate)* | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| *6/14/2024* *(approximate)* | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |
| *6/21/2024* *(approximate)* | Deadline to complete depositions *de bene esse*. |
| *June 28, 2024* *(approximate)* | Two-week trial period commences (calendar call will be scheduled on Tuesday before the trial period – 6/18/2024 (approximate)). |

Dated this 8th day of November 2023.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

s/Samuel I. Zeskind, Esq.
Samuel I. Zeskind, Esq. (043033)
szeskind@wsh-law.com
WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
200 East Broward Boulevard, Suite 1900
Fort Lauderdale, FL 33301
Tel: 954.963.4242
*Counsel for Defendant*