UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23575-SCOLA/GOODMAN

PATRICIA SEVERINO,

 Plaintiff,

vs.

7-ELEVEN, INC.,

 Defendant.
_____/

**DISCOVERY PLAN AND CONFERENCE REPORT**

 Counsel for Plaintiff, Patricia Severino, and for Defendant, 7-Eleven, Inc., submits the following Joint Discovery Plan and Conference Report pursuant to Local Rule 16.1B(2) and this Court's Orders entered on November 2, 2022, and November 8, 2023 [ECF Nos. 4 and 16], as follows:

**DISCOVERY PLAN**

**(A)**  What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made:

 The parties do not believe that any changes should be made to the form or requirement for disclosures under Rule 26(a)(1).

**(B)**  The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues

  a.  <u>Plaintiff's Subjects on Which Discovery May Be Needed.</u>

 Without prejudice to her rights to seek discovery on any relevant issues, Plaintiff contemplates that she will need and seek discovery from Defendant(s) and any relevant non-party regarding her claims for overtime wages and retaliatory discharge under the FLSA involving liability, her claimed damages, and to address any defenses asserted by Defendant(s).

CASE NO.: 1:23-CV-23575-SCOLA/GOODMAN

b. <u>Defendant's Subjects on Which Discovery will be Needed.</u>

Without prejudice to its right to seek discovery on any relevant issues, Defendant contemplates that it will need and seek discovery from Plaintiff and any relevant non-party regarding the basis for Plaintiff's claims for unpaid/underpaid overtime and retaliatory discharge under the FLSA, her theories of liability and damages, Defendant's defenses to each claim, and all factual, evidentiary, and legal support.

c. <u>Agreed Upon Methods of Discovery.</u>

The parties anticipate that the methods of future discovery may include: (1) written discovery in the form of Interrogatories, Requests for Admissions, and Requests for Production of Documents; (2) written discovery via issuance of subpoenas to non-parties; and (3) depositions.

**(C) Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;**

The parties do not foresee any issues about disclosure, discovery, or preservation of ESI other than as addressed in the parties in their Joint Scheduling Report [ECF No. 15].

**(D) Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502;**

If the issue arises, the parties will attempt to address amongst themselves any issues that arise regarding the inadvertent production or disclosure of confidential, privileged, or proprietary information. Likewise, if confidential, privileged, or proprietary information or materials are the subject of discovery, the parties will attempt to address amongst themselves a proposed confidentiality or protective order before bringing the issue before the Court.

**(E) What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed; and**

The parties do not anticipate any changes to the limitations imposed by the federal or local

CASE NO.: 1:23-CV-23575-SCOLA/GOODMAN

rules of civil procedure.

**(F) Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

The parties do not anticipate any orders, other than as set forth above.

Dated this 10th day of November 2023.

| | |
|---|---|
| s/Brian H. Pollock, Esq. | s/Samuel I. Zeskind, Esq. |
| Brian H. Pollock, Esq. (174742) | Samuel I. Zeskind, Esq. (043033) |
| brian@fairlawattorney.com | szeskind@wsh-law.com |
| FAIRLAW FIRM | WEISS SEROTA HELFMAN |
| 135 San Lorenzo Avenue | COLE & BIERMAN, P.L. |
| Suite 770 | 200 East Broward Boulevard, Suite 1900 |
| Coral Gables, FL 33146 | Fort Lauderdale, FL 33301 |
| Tel:    305.230.4884 | Tel: 954.963.4242 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |