UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23575-SCOLA/GOODMAN

PATRICIA SEVERINO,

    Plaintiff,

vs.

7-ELEVEN, INC,

    Defendants.

_____/

## **PLAINTIFF'S NOTICE OF MEDIATION**

Plaintiff, PATRICIA SEVERINO, notices the Court and all parties that mediation in this case will be held before Robyn Hankins Esq. on January 17, 2024 commencing at 10 a.m. by Zoom video conference.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by email on this 14th day of December 2023 on Samuel I. Zeskind, Esq., Weiss Serota Helfman Cole & Bierman, P.L. as Counsel for Defendant, 7-Eleven, Inc. szeskind@wsh-law.com , bschneider@wsh-law.com.

                    s/Brian H. Pollock, Esq.
                    Brian H. Pollock, Esq.
                    Fla. Bar No. 174742
                    brian@fairlawattorney.com
                    FAIRLAW FIRM
                    135 San Lorenzo Avenue
                    Suite 770
                    Coral Gables, FL 33146
                    Tel:   305.230.4884
                    *Counsel for Plaintiff(s)*