UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-CV-23575-SCOLA

PATRICIA SEVERINO,

    Plaintiff,

vs.

7-ELEVEN, INC.,

    Defendant.
_____/

## ORDER GRANTING SUPPLEMENTAL JOINT MOTION FOR APPROVAL OF THE SETTLEMENT AGREEMENT AND DISMISSAL

**THIS CAUSE** having been heard on the Supplemental Joint Motion to Approve Settlement Agreement and for Dismissal of Case with Prejudice, and the Court having considered the same and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Motion is hereby **GRANTED.**
2. The Settlement Agreement is **APPROVED**.
3. The above-entitled cause is hereby **DISMISSED WITH PREJUDICE**.
4. Attorneys' fees and costs will be paid pursuant to the terms of the Parties' Settlement Agreement.
5. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.
6. The Court shall retain jurisdiction over this case for 60 days to enforce the terms of the Settlement Agreement.

**DONE** and **ORDERED** in Chambers on this ____ day of January 2024.

                                              _____
                                              ROBERT N. SCOLA, JR.
                                              UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
*Counsel of record by CM/ECF*