United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Patricia Severino, Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 23-23575-Civ-Scola |
| | ) |
| 7-Eleven, Inc., Defendant. | ) |

### Order Approving FLSA Settlement and Dismissing Action

The parties to this FLSA action have asked the Court to approve their settlement agreement and to dismiss the case. (ECF No. 28.) Having reviewed the record, the relevant legal authorities, and the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **grants** the parties' motion for approval of the settlement agreement (**ECF No. 28**) pursuant to the terms of the settlement agreement, **dismisses** this action with prejudice, and directs the Clerk to **close** this case. The Court reserves jurisdiction to enforce the parties' settlement agreement until **March 25, 2024**. All pending motions are **denied** as moot.

**Done and ordered** in Miami, Florida, on January 25, 2024.

_____
Robert N. Scola, Jr.
United States District Judge